| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Toyota Lease Trust |
| In Re:<br>     McCarthy, David<br>     McCarthy, Edith Alice |

Order Filed on July 19, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No: 15-24699 SLM

Hearing Date: July 18, 2017

Judge: Stacey L. Meisel

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 19, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐     Real Property More Fully Described as:

■     Personal Property More Fully Describes as:

**2015 TOYOTA COROLLA, VIN: 2T1BURHE6FC450753,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
David McCarthy
Edith Alice McCarthy
    Debtors

Case No. 15-24699-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2017
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
db/jdb         #+David McCarthy,    Edith Alice McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:
         Aaron E. Albert    on behalf of Creditor Judith Shalvi aalbert@fpt-law.com
         Aaron E. Albert    on behalf of Creditor Ram Shalvi aalbert@fpt-law.com
         Aaron E. Albert    on behalf of Creditor Olympia Lighting, Inc. aalbert@fpt-law.com
         Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
         Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
         lcapasso@formanlaw.com;cforman@iq7technology.com
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
         asullivan@formanlaw.com
         Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust LNolan@schillerknapp.com,
         tshariff@schillerknapp.com;jcollen@schillerknapp.com;kcollins@schillerknapp.com
         Teresa G Sadutto-Carley    on behalf of Creditor    Signature Bank tsadutto@platzerlaw.com
         Yelena Kalika    on behalf of Plaintiff David McCarthy kalikalaw@gmail.com
         Yelena Kalika    on behalf of Debtor David McCarthy kalikalaw@gmail.com
         Yelena Kalika    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com
         Yelena Kalika    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com
                                                                                                                                TOTAL: 13