Document      Page 1 of 2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | **Order Filed on August 22, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>DAVID MCCARTHY AND EDITH ALICE MCCARTHY,<br><br>　　　　　　　　　　　　Debtors. | Chapter:   7<br><br>Case No.:  15-24699 (SLM)<br><br>Judge:   Stacey L. Meisel |

| Recommended Local Form: | ☐Followed | ☒Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF
### <u>FORMAN HOLT AS SUBSTITUTE ATTORNEYS</u>

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 22, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case 15-24699-SLM    Doc 67    Filed 08/22/17    Entered 08/24/17 16:50:25    Desc Main
Document    Page 2 of 2

Page 2
Debtor:   David McCarthy and Edith Alice McCarthy
Case No.  15-24699 (SLM)
Caption:  Order Authorizing Retention of Forman Holt as Substitute Attorneys

---

Upon the request of Charles M. Forman, Trustee ("Applicant") for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as substitute attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is:  66 Route 17 North, First Floor

    Paramus, New Jersey 07652

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is June 10, 2017.