| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on August 22, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>DAVID MCCARTHY AND EDITH ALICE MCCARTHY,<br><br>                              Debtors. | Chapter:   7<br><br>Case No.:  15-24699 (SLM)<br><br>Judge:   Stacey L. Meisel |

| Recommended Local Form:          ☐Followed          ☒Modified |
|---|

### ORDER AUTHORIZING RETENTION OF
### FORMAN HOLT AS SUBSTITUTE ATTORNEYS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 22, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:      David McCarthy and Edith Alice McCarthy
Case No.     15-24699 (SLM)
Caption:     Order Authorizing Retention of Forman Holt as Substitute Attorneys

_____

    Upon the request of Charles M. Forman, Trustee ("Applicant") for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as substitute attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is:  66 Route 17 North, First Floor
                Paramus, New Jersey 07652

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is June 10, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
David McCarthy  
Edith Alice McCarthy  
    Debtors

Case No. 15-24699-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Aug 24, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db/jdb        #+David McCarthy,    Edith Alice McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:

        Aaron E. Albert   on behalf of Creditor Judith  Shalvi aalbert@fpt-law.com  
        Aaron E. Albert   on behalf of Creditor Ram  Shalvi aalbert@fpt-law.com  
        Aaron E. Albert   on behalf of Creditor  Olympia Lighting, Inc. aalbert@fpt-law.com  
        Charles M. Forman   cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com  
        Charles M. Forman   on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Erin  Kennedy   on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com, asullivan@formanlaw.com  
        Lynn Therese Nolan   on behalf of Creditor   Toyota Lease Trust LNolan@schillerknapp.com, tshariff@schillerknapp.com;jcollen@schillerknapp.com;kcollins@schillerknapp.com  
        Teresa G Sadutto-Carley   on behalf of Creditor   Signature Bank tsadutto@platzerlaw.com  
        Yelena  Kalika   on behalf of Plaintiff David  McCarthy kalikalaw@gmail.com  
        Yelena  Kalika   on behalf of Debtor David  McCarthy kalikalaw@gmail.com  
        Yelena  Kalika   on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com  
        Yelena  Kalika   on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com  
                                                                                                                  TOTAL: 13