| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Erin J. Kennedy (EJK-9227) | **Order Filed on April 12, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>DAVID McCARTHY and<br>EDITH ALICE McCARTHY,<br><br>                    Debtors. | Chapter:   7<br><br>Case No.:  15-24699(SLM)<br><br>Judge:    Hon. Stacey L. Meisel |

## ORDER AUTHORIZING RETENTION OF
## <u>WITHUMSMITH + BROWN AS ACCOUNTANTS</u>

The relief set forth on the following page is **ORDERED**.

**DATED: April 12, 2018**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0016207 - 1

Page 2
Debtor:     David McCarthy and Edith Alice McCarthy
Case No.:   15-24699 (SLM)
Caption:    Order Authorizing Retention of WithumSmith +Brown as Accountants

Upon the applicant's request for authorization to retain WithumSmith +Brown as Accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:     WithumSmith + Brown
                                      200 Jefferson Park, Suite 400
                                      Whippany, NJ 07981

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐   Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐   Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.