UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
(201) 845-1000
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Erin J. Kennedy (EJK-9227)

**Order Filed on April 12, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

DAVID McCARTHY and
EDITH ALICE McCARTHY,

Debtors.

Chapter:   7

Case No.:   15-24699(SLM)

Judge:   Hon. Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF
## WITHUMSMITH + BROWN AS ACCOUNTANTS

The relief set forth on the following page is **ORDERED**.

**DATED: April 12, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0016207 - 1

Page 2
Debtor:        David McCarthy and Edith Alice McCarthy
Case No.:      15-24699 (SLM)
Caption:       Order Authorizing Retention of WithumSmith +Brown as Accountants


Upon the applicant's request for authorization to retain WithumSmith +Brown as Accountants, it is

hereby ORDERED:


1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:          WithumSmith + Brown
                                                 200 Jefferson Park, Suite 400
                                                 Whippany, NJ 07981

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper

        application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

        ☐       Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐       Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in

                a chapter 13 case. Payment to the professional may only be made after

                satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.


F0016207 - 1                                    2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-24699-SLM
David McCarthy                                                                  Chapter 7
Edith Alice McCarthy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Apr 12, 2018
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2018.
db/jdb        #+David McCarthy,    Edith Alice McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
          Aaron E. Albert    on behalf of Creditor Judith  Shalvi aalbert@fpt-law.com
          Aaron E. Albert    on behalf of Creditor Ram  Shalvi aalbert@fpt-law.com
          Aaron E. Albert    On behalf of Creditor    Olympia Lighting, Inc. aalbert@fpt-law.com
          Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Erin  Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
           jkisla@formanlaw.com
          Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com,
           jbommelje@grosspolowy.com
          Teresa G Sadutto-Carley    on behalf of Creditor    Signature Bank tsadutto@platzerlaw.com
          Yelena  Kalika    on behalf of Plaintiff David  McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Debtor David  McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com
                                                                              TOTAL: 13