Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−24699−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David McCarthy | Edith Alice McCarthy |
| 84 Valley View Avenue | 84 Valley View Avenue |
| Ridgewood, NJ 07450 | Ridgewood, NJ 07450 |

Social Security No.:
  xxx−xx−3069                              xxx−xx−8441

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 14, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 74 − 72
Order Granting Application For Compensation for WithumSmith & Brown, fees awarded: $2,052.00, expenses awarded: $0.00 (Related Doc # 72). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/14/2018. (rah)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 14, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
David McCarthy  
Edith Alice McCarthy  
    Debtors

Case No. 15-24699-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2018  
                  Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
acc          +WithumSmith & Brown,    200 Jefferson Park,    Suite 400,    Whippany, NJ 07981-1070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:

       Aaron E. Albert    on behalf of Creditor Ram  Shalvi aalbert@fpt-law.com  
       Aaron E. Albert    on behalf of Creditor   Olympia Lighting, Inc. aalbert@fpt-law.com  
       Aaron E. Albert    on behalf of Creditor Judith  Shalvi aalbert@fpt-law.com  
       Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com  
       Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com  
       Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Erin  Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com, jkisla@formanlaw.com  
       Lynn Therese Nolan    on behalf of Creditor   Toyota Lease Trust ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
       Teresa G Sadutto-Carley    on behalf of Creditor   Signature Bank tsadutto@platzerlaw.com  
       Yelena  Kalika    on behalf of Plaintiff David  McCarthy kalikalaw@gmail.com  
       Yelena  Kalika    on behalf of Debtor David  McCarthy kalikalaw@gmail.com  
       Yelena  Kalika    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com  
       Yelena  Kalika    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com  
                                                                                                 TOTAL: 13