| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone : (201) 845-1000<br>Facsimile :  (201) 655-6650<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee | Order Filed on November 14,<br>2018 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>David & Edith McCarthy,<br><br>      Debtors. | Chapter:   7<br><br>Case No.:  15-24699 (SLM)<br><br>Judge:   Hon. Stacey L. Meisel |

## ORDER GRANTING COMPENSATION AND
## REIMBURSEMENT OF EXPENSES TO WITHUM SMITH + BROWN, PC
## AS ACCOUNTANTS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

                     /s/ Stacey L. Meisel
                     Honorable Stacey L. Meisel
                     United States Bankruptcy Judge

F0032750 - 1

(Page 2)

| | |
|---|---|
| Debtor: | David & Edith McCarthy |
| Case No: | 15-21916 (SLM) |
| Caption of Order: | Order Granting Compensation and Reimbursement of Expenses to Withum Smith + Brown, PC, as Accountants for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the court upon the application of Withum Smith + Brown PC for compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Withum Smith + Brown PC be and hereby is awarded compensation for services rendered in the amount of $ 2,052.00 and reimbursement of expenses in the amount of $ 0.00.

2. The Trustee be and hereby is authorized to pay Withum Smith + Brown PC the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.

United States Bankruptcy Court
District of New Jersey

In re:
David McCarthy
Edith Alice McCarthy
    Debtors

Case No. 15-24699-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2018
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
db/jdb        #+David McCarthy,   Edith Alice McCarthy,   84 Valley View Avenue,   Ridgewood, NJ 07450-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
          Aaron E. Albert    on behalf of Creditor Judith  Shalvi aalbert@fpt-law.com
          Aaron E. Albert    on behalf of Creditor Ram  Shalvi aalbert@fpt-law.com
          Aaron E. Albert    on behalf of Creditor   Olympia Lighting, Inc. aalbert@fpt-law.com
          Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Erin  Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com, jkisla@formanlaw.com
          Lynn Therese Nolan    on behalf of Creditor   Toyota Lease Trust ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com
          Teresa G Sadutto-Carley    on behalf of Creditor   Signature Bank tsadutto@platzerlaw.com
          Yelena  Kalika    on behalf of Plaintiff David  McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Debtor David  McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com
                                                                       TOTAL: 13