Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−24699−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David McCarthy
84 Valley View Avenue
Ridgewood, NJ 07450

Edith Alice McCarthy
84 Valley View Avenue
Ridgewood, NJ 07450

Social Security No.:
xxx−xx−3069

xxx−xx−8441

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    5/7/19
Time:    02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Charles M. Forman, as Assignee for LeClairRyan, Trustee's Attorney,

COMMISSION OR FEES
$2,833.50

EXPENSES
$171.28

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: April 15, 2019
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 15-24699-SLM
David McCarthy                                                      Chapter 7
Edith Alice McCarthy
         Debtors              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 3              Date Rcvd: Apr 15, 2019
                              Form ID: 137                Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db           #+David McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445
jdb          #+Edith Alice McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445
aty           +Forman Holt,    66 Route 17 North,    First Floor,    Paramus, NJ 07652-2742
aty           +LeClairRyan, a Professional Corporation,    1037 Raymond Boulevard, Sixteenth Floor,,
                Newark, NJ 07102-5423
cr            +Judith Shalvi,    Olympia Lighting, Inc.,    50 Delford Avenue,    Bergenfield, NJ 07621-2722
cr            +Ram Shalvi,    Olympia Lighting, Inc.,    50 Delford Avenue,    Bergenfield, NJ 07621-2722
cr            +Signature Bank,    c/o Teresa Sadutto-Carley, Esq.,    Platzer, Swergold, et al.,
                475 Park Avenue South, 18th Fl.,    New York, NY 10016-6901
acc           +WithumSmith & Brown,    200 Jefferson Park,    Suite 400,    Whippany, NJ 07981-1070
516170393      AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                MALVERN, PA 19355-0701
515662508     +Absolute Credit, LLC,    175 Exchange St.,    Bangor, ME 04401-6537
515662509     +Advanced Psychiatric Associates, LLC,    211 Essex St., Ste. 204,    Hackensack, NJ 07601-3245
515662510     +Affiliated Dermatology & Plastic Surgery,    50 Market Street,    Saddle Brook, NJ 07663-4843
515662511      American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
515662513     +Amulex Corporation,    160-31 10th Avenue,    Whitestone, NY 11357-1901
515662514     +Atlantic Medical Group,    P.O. Box 416457,    Boston, MA 02241-6457
515662517     +BWNRD Investments, LLC,    1679 S. Dupont Hwy Ste 100,    Attn: Allstate Corporate Services Corp.,
                Dover, DE 19901-5164
515876836      Besse Medical,    c/o United Fidelity Inc.,    1820 NE Jensen Beach Blvd. #63,
                Jensen Beach, FL 34957-7212
515662515     +Besse Medical,    c/o United Fidelity,    3699 NE Renar Ave.,    Jensen Beach, FL 34957-4143
515662516      Bowne Road, Inc.,    1201 Orange St. Ste 600,    One Commerce Center,
                Attn: Agents and Corporations, Inc.,    Wilmington, DE 19801
515662518     +Citibank,    28 East Ridgewood Ave.,    Ridgewood, NJ 07450-3808
515696887      Citibank Customer Service,    PO Box 6500,    Sioux Falls, SD 57117-6500
515662519      Collections and Civil Enforcement,    Offer in Compromise Programs,    P.O. Box 5100,
                Albany, NY 12205-0100
515662520     +Convent of the Sacred Heart School,    1 East 91st Street,    New York, NY 10128-0689
515662521     +DAL, Inc.,    P.O. Box 162,    Clifton Heights, PA 19018-0162
515662522      Dr. Matthew Milestone,    27 Madison Ave.,    Paramus, NJ 07652-2722
515662523     +Dr. Reyhan Berkel,    1300 Main Ave., #2A,    Clifton, NJ 07011-2266
515662524      Drinker Biddle & Reath LLP,    One Logan Square,    Ste 2000,    Philadelphia, PA 19103-6996
515662525      East Side Park Avenue Corp.,    c/o Wilder,,    20 East 9th Street, #25F,
                New York, NY 10003-5944
515662526     +FedEx,    3875 Airways,,    Module H3 Department 4634,    Memphis, TN 38116-5070
515662528     +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
515662529     +Fischer Porter & Thomas, P.C.,    560 Sylvan Avenue, Suite 3061,
                Englewood Cliffs, NJ 07632-3168
515662531      Hackensack Medical Group,    P.O. Box 95000-4535,    Philadelphia, PA 19195-4535
515662532      Hackensack Radiology Group,    P.O. Box 6750,    Portsmouth, NH 03802-6750
515662534      Hackensack University Medical Center,    at Pascack Valley,    P.O. Box 416899,
                Boston, MA 02241-6899
515662533      Hackensack University Medical Center,    P.O. Box 48027,    Newark, NJ 07101-4827
515662535      Henry Schein,    P.O. Box 371952,    Pittsburgh, PA 15250-7952
515662539     +Judith Shalvi,    86 Venus Drive,    Closter, NJ 07624-2316
515662540      Labcorp Corporation of America Holdings,    P.O. Box 2240,    Burlington, NC 27216-2240
515662541      Laboratory Corporations of America,    P.O. Box 2240,    Burlington, NC 27216-2240
515662542     +Lewis S. Fischbein, P.C.,    c/o United Realty Trust Incorporated,    60 Broad Street,
                Suite 3400,    New York, NY 10004-2344
515662543      Lexus Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
516058009     +Mary Joan Wilder,    c/o Mound Cotton Wollan,    & Greengrass, LLP,
                One New York Plaza - 44th Floor,    New York, NY 10004-1960
515662544     +Merck Sharp & Dohme Corp.,    305 Fellowship Rd., #100,    Mount Laurel, NJ 08054-1232
515662545     +Meyers, Saxon & Cole,    3620 Quentin Road,    Brooklyn, NY 11234-4238
515662546      Michael Harrison,    3155 State Rt. 10, Ste. 214,    Denville, NJ 07834-3430
515662547     +Mound Cotton Wollan & Greengrass,    One Battery Park Plaza,    New York, NY 10004-1405
515876837      Mound Cotton Wollan & Greengrass,    1 New York Plaza, Suite 4510,    New York, NY 10004-1960
515662549    #+NJ Independent Internal Medicine PC,    1300 Main St. Suite 2A,,    Clifton, NJ 07011-2266
515662551      NYS Dept of Taxation,    State Processing Center,    P.O. Box 15555,    Albany, NY 12212-5555
515662552      NYSAR Levy Receivables,    P.O. Box 4137,    Binghamton, NY 13902-4137
515662548      New York State Unemployment Insurance,    P.O. Box 4301,    Binghamton, NY 13902-4301
515662550     +Northern Valley ENT,    354 Old Hook Road,    Suite 204,    Westwood, NJ 07675-3248
515662553     +Olympia Lighting, Inc.,    50 Delford Avenue,    Bergenfield, NJ 07621-2722
515662554     +Oradell Animal Hospital, Inc.,    580 Winters Avenue,    Paramus, NJ 07652-3902
515662555     #PayPal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
515662556     +Physician Sales & Service Inc. PSS,    4190 Belford Rd,    3rd floor, Credit Dept.,
                McKesson Medical,    Jacksonville, FL 32216-1407
515662557     +Pioneer Credit Recovery,    NJ Division of Taxation,    P.O. Box 1018,    Attn: Eileen Rodriguez,
                Moorestown, NJ 08057-0018
515662558     +Platzer, Swergold, Levine, Goldberg, Kat,    475 Park Avenue South, 18th Floor,    18th floor,
                New York, NY 10016-6901
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Apr 15, 2019
                              Form ID: 137             Total Noticed: 83


515662559     +Platzer,Swergold, Levine, Goldberg,Katz&,   475 Park Avenue South,   18th floor,
               New York, NY 10016-6901
515662560     +Ram Shalvi,   86 Venus Drive,   Closter, NJ 07624-2316
515662562     +Ruta, Soulios & Stratis LLP,   10-04 River Road,   Fair Lawn, NJ 07410-1433
516319614    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
515662563     +Sanofi Pasteur Inc.,   1 Discovery Dr.,   Attn: Bldg 60,   Swiftwater, PA 18370-9100
515662564     +School 11940 Academy of Our Lady,   180 Rodney St.,   Glen Rock, NJ 07452-2826
515662565     +Segal, Cohen & Landis, LLP,   9100 Wilshire Blvd.,   STE 601,   E. Tower,
               Beverly Hills, CA 90212-3493
515662566     +Signature Bank,   261 Madison Avenue,   New York, NY 10016-2303
515662567      Signature Visa Business Rewards Card,   P.O. Box 709408,   790408,   St. Louis, MO 63179-0408
515662568      Smart Tuition,   P.O. Box 11731,   Newark, NJ 07101-4731
515662569      State of New Jersey,   New Jersey Gross Income Tax,   P.O. Box 046,   Trenton, NJ 08646-0046
515662570      Summit Collection Services, Inc.,   P.O. Box 306,   Ho Ho Kus, NJ 07423-0306
515662571      Synter Resource Group, LLC,   P.O. Box 63247,   North Charleston, SC 29419-3247
515662573      TD Bank Recovery,   P.O. Box 9547,   Portland, ME 04112-9547
515662574      Toyota Motor Credit Corp. (TMCC),   Toyota Lease Trust,   P.O. Box 105386,
               Atlanta, GA 30348-5386
515662575     +Two Four Four LLC,   P.O. Box 531,   Lynbrook, NY 11563-0531
515662578      Weill Cornell Medical College,   1165 York Avenue,   New York, NY 10065-7917
515662577      Weill Cornell Medical College,   GPO Box 28375,   New York, NY 10087-8375

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 16 2019 00:27:15   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 16 2019 00:27:11   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515662512      E-mail/Text: bkrpt@retrievalmasters.com Apr 16 2019 00:27:10
               American Medical Collection Agency,   P.O. Box 1235,   Elmsford, NY 10523-0935
516087168     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2019 00:30:28
               Ashley Funding Services, LLC,   c/o Resurgent capital Services,   Po Box 10587,
               Greenville, SC 29603-0587
516049245     +E-mail/Text: bncmail@w-legal.com Apr 16 2019 00:27:24   Comenity Capital Bank,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515662538      E-mail/Text: cio.bncmail@irs.gov Apr 16 2019 00:26:30   Internal Revenue Service,
               Department of the Treasury,   Cincinnati, OH 45999-0030
515662572      E-mail/Text: bankruptcy@td.com Apr 16 2019 00:27:18   TD Bank,   32 Chestnut St.,
               Lewiston, ME 04240
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Olympia Lighting, Inc.,   50 Delford Avenue,   Bergenfield, NJ 07621-2722
aty          ##+Forman Holt Eliades & Youngman LLC,   80 Route 4 East, Suite 290,   Paramus, NJ 07652-2661
515662527    ##+Feinstein & Partners, PLLC,   1500 Broadway, 19th floor,   New York, NY 10036-4009
515662530    ##+Fortune Financial, LLC,   444 Madison Ave., Suite 601,   New York, NY 10022-6972
515662536    ##+High Focus Centers,   299 Market St., STE 130,   Saddle Brook, NJ 07663-5321
515662537    ##+Ingram & Associates,   1009 Windcross Court,   Franklin, TN 37067-2678
516074804    ##+Ingram & Associates,   1009 Windcross Ct.,   Franklin, TN 37067-2678
515662561    ##+Richard A. Backer, CPA,   110 West 40th Street, Ste. 201,   New York, NY 10018-8581
515662576    ##+Viridian Energy,   1055 Washington Blvd. 7th floor,   Stamford, CT 06901-2252
                                                                                  TOTALS: 0, * 1, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2           User: admin                Page 3 of 3              Date Rcvd: Apr 15, 2019
                               Form ID: 137               Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
          Aaron E. Albert    on behalf of Creditor Judith  Shalvi aalbert@fpt-law.com
          Aaron E. Albert    on behalf of Creditor Ram  Shalvi aalbert@fpt-law.com
          Aaron E. Albert    on behalf of Creditor    Olympia Lighting, Inc. aalbert@fpt-law.com
          Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Erin  Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
           jkisla@formanlaw.com
          Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com,
           jbommelje@grosspolowy.com
          Teresa G Sadutto-Carley    on behalf of Creditor    Signature Bank tsadutto@platzerlaw.com
          Yelena  Kalika    on behalf of Plaintiff David  McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Debtor David  McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com
                                                                                             TOTAL: 13
```