UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Charles M. Forman, as Assignee of LeClairRyan,
A Professional Corporation
66 Route 17 North
Paramus, NJ 07652
Telephone : (201) 845-1000
Facsimile: (201) 655-6650
Charles M. Forman
cforman@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

**Order Filed on May 8, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In re:

DAVID and EDITH ALICE McCARTHY,

           Debtors.

Chapter 7

Case No.: 15-24699 (SLM)

Judge: Hon. Stacey L. Meisel

Hearing Date: May 7, 2019
              At 2:30 p.m.

**ORDER GRANTING COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO LECLAIRRYAN, A PROFESSIONAL CORPORATION,
AS ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0046134 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | David and Edith Alice McCarthy |
| Case No: | 15-24699 (SLM) |
| Caption of Order: | Order Granting Compensation and Reimbursement of Expenses to LeClairRyan, a Professional Corporation, as Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the court upon the application of Charles M. Forman, as Assignee of LeClairRyan, P.C. ("LeClairRyan") for compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. LeClairRyan be and hereby is awarded compensation for services rendered in the amount of $2,833.50 and reimbursement of expenses in the amount of $171.28.

2. Payment of the compensation awarded hereunder shall be made payable to Charles M. Forman.

F0046134.1