UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North
Paramus, NJ 07652
Telephone : (201) 845-1000
Facsimile : (201) 655-6650
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

In re:

DAVID AND EDITH ALICE McCARTHY,

        Debtors.

Chapter 7

Case No.: 15-24699 (SLM)

Judge: Hon. Stacey L. Meisel

Hearing Date: May 7, 2019
                    At 2:30 p.m.

**Order Filed on May 8, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

## ORDER GRANTING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT AS ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE

The relief set forth on the following page is hereby ORDERED.

**DATED: May 8, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0046097 - 1

(Page 2)
Debtor:           David and Edith Alice McCarthy
Case No:          15-24699 (SLM)
Caption of Order: Order Granting Compensation and Reimbursement of Expenses to Forman Holt, as Attorneys for Charles M. Forman, Chapter 7 Trustee

**THIS MATTER** having been opened to the court upon the application of Forman Holt for compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

Forman Holt be and hereby is awarded compensation for services rendered in the amount of $ 6,397.50  and reimbursement of expenses in the amount of $ 86.77         .

F0046097 - 1