UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CHARLES M. FORMAN, ON BEHALF OF
FORMAN HOLT ELIADES & YOUNGMAN LLC
P.O. Box 627
Paramus, NJ 07653
(201) 845-1000
Charles M. Forman
cforman@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

**Order Filed on May 8, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In re:

DAVID AND EDITH ALICE McCARTHY,

           Debtors.

Chapter 7

Case No.: 15-24699 (SLM)

Judge: Hon. Stacey L. Meisel

Hearing Date: May 7, 2019
                  At 2:30 p.m.

### ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN, AS ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE

The relief set forth on the following page is hereby ORDERED.

**DATED: May 8, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0046827 - 1

(Page 2)
Debtors: David and Edith Alice McCarthy
Case No: 15-24699 (SLM)
Caption of Order: Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt Eliades & Youngman LLC, as Attorneys for Charles M. Forman, Chapter 7 Trustee

**THIS MATTER** having been opened to the court upon the application of Charles M. Forman for final compensation and reimbursement of expenses due to Forman Holt Eliades & Youngman LLC, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt Eliades & Youngman LLC be and hereby is awarded final compensation for services rendered in the amount of $35,416.50 and reimbursement of expenses in the amount of $660.96.

2. The Trustee is authorized to pay the amounts awarded hereunder to Charles M. Forman.