| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Charles M. Forman, as Assignee of LeClairRyan,<br>A Professional Corporation<br>66 Route 17 North<br>Paramus, NJ 07652<br>Telephone : (201) 845-1000<br>Facsimile: (201) 655-6650<br>Charles M. Forman<br>cforman@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee | Order Filed on May 8, 2019 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In re:<br><br>DAVID and EDITH ALICE McCARTHY,<br><br>Debtors. | Chapter 7<br><br>Case No.: 15-24699 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>Hearing Date: May 7, 2019<br>At 2:30 p.m. |

**ORDER GRANTING COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO LECLAIRRYAN, A PROFESSIONAL CORPORATION,
AS ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0046134 - 1

| | |
|---|---|
| Debtor: | David and Edith Alice McCarthy |
| Case No: | 15-24699 (SLM) |
| Caption of Order: | Order Granting Compensation and Reimbursement of Expenses to LeClairRyan, a Professional Corporation, as Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the court upon the application of Charles M. Forman, as Assignee of LeClairRyan, P.C. ("LeClairRyan") for compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. LeClairRyan be and hereby is awarded compensation for services rendered in the amount of $2,833.50 and reimbursement of expenses in the amount of $171.28.

2. Payment of the compensation awarded hereunder shall be made payable to Charles M. Forman.

United States Bankruptcy Court
District of New Jersey

In re:
David McCarthy
Edith Alice McCarthy
    Debtors

Case No. 15-24699-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 08, 2019
                       Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
db      #+David McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445
jdb      #+Edith Alice McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
       Aaron E. Albert    on behalf of Creditor Judith Shalvi aalbert@fpt-law.com
       Aaron E. Albert    on behalf of Creditor Ram Shalvi aalbert@fpt-law.com
       Aaron E. Albert    on behalf of Creditor Olympia Lighting, Inc. aalbert@fpt-law.com
       Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
       Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
       Denise E. Carlon    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Erin Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com, jkisla@formanlaw.com
       Lynn Therese Nolan    on behalf of Creditor Toyota Lease Trust ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com
       Teresa G Sadutto-Carley    on behalf of Creditor Signature Bank tsadutto@platzerlaw.com
       Yelena Kalika    on behalf of Plaintiff David McCarthy kalikalaw@gmail.com
       Yelena Kalika    on behalf of Debtor David McCarthy kalikalaw@gmail.com
       Yelena Kalika    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com
       Yelena Kalika    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com
                                                           TOTAL: 13