UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North
Paramus, NJ 07652
Telephone : (201) 845-1000
Facsimile :  (201) 655-6650
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

**Order Filed on May 8, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In re:

DAVID AND EDITH ALICE McCARTHY,

                Debtors.

Chapter 7

Case No.: 15-24699 (SLM)

Judge:  Hon. Stacey L. Meisel

Hearing Date:  May 7, 2019
                     At 2:30 p.m.

**ORDER GRANTING COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO FORMAN HOLT AS
ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0046097 - 1

(Page 2)

Debtor: David and Edith Alice McCarthy
Case No: 15-24699 (SLM)
Caption of Order: Order Granting Compensation and Reimbursement of Expenses to Forman Holt, as Attorneys for Charles M. Forman, Chapter 7 Trustee

**THIS MATTER** having been opened to the court upon the application of Forman Holt for compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

Forman Holt be and hereby is awarded compensation for services rendered in the amount of $ 6,397.50 and reimbursement of expenses in the amount of $ 86.77            .

F0046097 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-24699-SLM
David McCarthy                                                      Chapter 7
Edith Alice McCarthy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 08, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db            #+David McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445
jdb           #+Edith Alice McCarthy,    84 Valley View Avenue,    Ridgewood, NJ 07450-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Aaron E. Albert    on behalf of Creditor Judith  Shalvi aalbert@fpt-law.com
              Aaron E. Albert    on behalf of Creditor Ram  Shalvi aalbert@fpt-law.com
              Aaron E. Albert    on behalf of Creditor    Olympia Lighting, Inc. aalbert@fpt-law.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin  Kennedy    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
               jkisla@formanlaw.com
              Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Teresa G Sadutto-Carley    on behalf of Creditor    Signature Bank tsadutto@platzerlaw.com
              Yelena  Kalika    on behalf of Plaintiff David  McCarthy kalikalaw@gmail.com
              Yelena  Kalika    on behalf of Debtor David  McCarthy kalikalaw@gmail.com
              Yelena  Kalika    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com
              Yelena  Kalika    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com
                                                                                              TOTAL: 13