|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>66 Route 17 North<br>Paramus, NJ 07652<br>Telephone : (201) 845-1000<br>Facsimile :  (201) 655-6650<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee |
| In Re:<br><br>DAVID AND EDITH ALICE McCARTHY,<br><br>                                         Debtors. |

**Order Filed on March 5, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Chapter:   7

Case No.:  15-24699 (SLM)

Judge: Hon. Stacey L. Meisel

Hearing Date:  March 3, 2020
                       At 10:00 a.m.

### ORDER TO AUTHORIZE TRUSTEE TO DISBURSE BOWNE ROAD SETTLEMENT FUNDS PURSUANT TO SETTLEMENT AGREEMENT

The relief set forth on the following page, numbered two (2), be and hereby is **ORDERED**.

**DATED: March 5, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0073422 - 1

Page (2)
Debtor:    David McCarthy and Edith Alice McCarthy
Case No.:    15-24699 (SLM)
Caption:    Order to Authorize Trustee to Disburse Bowne Road Settlement Funds Pursuant to Settlement Agreement

Upon consideration of the Motion to Authorize Trustee to Disburse Bowne Road Settlement Funds pursuant to Settlement Agreement and the Trustee's Certification submitted in support thereof, and the responses filed to the motion, if any, and for good cause shown, it is hereby

ORDERED that the Trustee is authorized to disburse the funds turned over to him in the amount of $30,000 to the identified creditors of Bowne Road, Inc. on a prorata basis based on the following allowed amounts due:

| CREDITOR | TOTAL AMOUNT DUE | PROPOSED DISTRIBUTION |
| --- | --- | --- |
| BWNRD Investments, LLC | $400,000.00 | $28,235.29 |
| Timothy Shear | $25,000.00 | $1,764.71 |

F0073422 - 1