|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North<br>Paramus, NJ 07652<br>Telephone : (201) 845-1000<br>Facsimile :  (201) 655-6650<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee | Order Filed on March 5, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>DAVID AND EDITH ALICE McCARTHY,<br><br>　　　　　　　　　　　　Debtors. | Chapter:   7<br><br>Case No.:  15-24699 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>Hearing Date:  March 3, 2020<br>　　　　　　　　At 10:00 a.m. |

**ORDER TO AUTHORIZE TRUSTEE TO DISBURSE BOWNE ROAD
SETTLEMENT FUNDS PURSUANT TO SETTLEMENT AGREEMENT**

　　　　The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED**.

**DATED: March 5, 2020**

*Stacey L. Meisel* (signature)

Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0073422 - 1

Page (2)
Debtor:     David McCarthy and Edith Alice McCarthy
Case No.:   15-24699 (SLM)
Caption:    Order to Authorize Trustee to Disburse Bowne Road Settlement Funds Pursuant to Settlement Agreement

Upon consideration of the Motion to Authorize Trustee to Disburse Bowne Road Settlement Funds pursuant to Settlement Agreement and the Trustee's Certification submitted in support thereof, and the responses filed to the motion, if any, and for good cause shown, it is hereby

ORDERED that the Trustee is authorized to disburse the funds turned over to him in the amount of $30,000 to the identified creditors of Bowne Road, Inc. on a prorata basis based on the following allowed amounts due:

| CREDITOR | TOTAL AMOUNT DUE | PROPOSED DISTRIBUTION |
| --- | --- | --- |
| BWNRD Investments, LLC | $400,000.00 | $28,235.29 |
| Timothy Shear | $25,000.00 | $1,764.71 |

F0073422 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
David McCarthy  
Edith Alice McCarthy  
    Debtors

Case No. 15-24699-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 06, 2020  
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.  
db        #+David McCarthy,   84 Valley View Avenue,   Ridgewood, NJ 07450-2445  
jdb       #+Edith Alice McCarthy,   84 Valley View Avenue,   Ridgewood, NJ 07450-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:

        Aaron E. Albert   on behalf of Creditor Judith  Shalvi aalbert@fpt-law.com  
        Aaron E. Albert   on behalf of Creditor Ram  Shalvi aalbert@fpt-law.com  
        Aaron E. Albert   on behalf of Creditor    Olympia Lighting, Inc. aalbert@fpt-law.com  
        Charles M. Forman   cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com  
        Charles M. Forman   on behalf of Trustee Charles M. Forman cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com  
        Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Erin  Kennedy   on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,   jkisla@formanlaw.com  
        Lynn Therese Nolan   on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com,   lnolan@grosspolowy.com  
        Teresa G Sadutto-Carley   on behalf of Creditor    Signature Bank tsadutto@platzerlaw.com  
        Yelena  Kalika   on behalf of Plaintiff David  McCarthy kalikalaw@gmail.com  
        Yelena  Kalika   on behalf of Debtor David  McCarthy kalikalaw@gmail.com  
        Yelena  Kalika   on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com  
        Yelena  Kalika   on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com  
                                                                                                                                                                               TOTAL: 13