| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| FORMAN HOLT |
| 365 West Passaic Street, Suite 400 |
| Rochelle Park, NJ 07662 |
| Telephone : (201) 845-1000 |
| Facsimile :  (201) 655-6650 |
| Erin J. Kennedy, Esq. |
| ekennedy@formanlaw.com |
| Attorneys for Charles M. Forman, Chapter 7 Trustee |

**Order Filed on June 3, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 7 |
| DAVID AND EDITH ALICE McCARTHY, | Case No.: 15-24699 (SLM) |
| Debtors. | Judge:  Hon. Stacey L. Meisel |
| | Hearing Date:  June 2, 2020
At 2:30 p.m. |

**ORDER GRANTING FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO FORMAN HOLT AS
<u>ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 3, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0082397 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | David and Edith Alice McCarthy |
| Case No: | 15-24699 (SLM) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt, as Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the court upon the application of Forman Holt for final compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

Forman Holt be and hereby is awarded compensation for services rendered in the amount of $__$4,600__ and reimbursement of expenses in the amount of $__$871.41__.

F0082397 - 1