UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone : (201) 845-1000
Facsimile :  (201) 655-6650
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

Order Filed on June 3, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In re:

DAVID AND EDITH ALICE McCARTHY,

               Debtors.

Chapter 7

Case No.: 15-24699 (SLM)

Judge:  Hon. Stacey L. Meisel

Hearing Date:  June 2, 2020
                  At 2:30 p.m.

**ORDER GRANTING FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO FORMAN HOLT AS
ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 3, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0082397 - 1

**(Page 2)**

Debtor:             David and Edith Alice McCarthy

Case No:            15-24699 (SLM)

Caption of Order:   Order Granting Final Compensation and Reimbursement of Expenses to
                    Forman Holt, as Attorneys for Charles M. Forman, Chapter 7 Trustee

**THIS MATTER** having been opened to the court upon the application of Forman Holt

for final compensation and reimbursement of expenses, and the court having considered the

application and any objections thereto, and notice and an opportunity for a hearing was given to

all creditors and parties in interest as required under Rule 2002 of the Federal Rules of

Bankruptcy Procedure; and for good cause shown; it is hereby

      **ORDERED** as follows:

      Forman Holt be and hereby is awarded compensation for services rendered in the amount

of $ __$4,600__ and reimbursement of expenses in the amount of $ __$871.41__ .

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-24699-SLM
David McCarthy                                                      Chapter 7
Edith Alice McCarthy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jun 03, 2020
                             Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db              #+David McCarthy,    84 Valley View Avenue,   Ridgewood, NJ 07450-2445
jdb             #+Edith Alice McCarthy,    84 Valley View Avenue,   Ridgewood, NJ 07450-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
          Aaron E. Albert    on behalf of Creditor Judith  Shalvi aalbert@fpt-law.com
          Aaron E. Albert    on behalf of Creditor Ram  Shalvi aalbert@fpt-law.com
          Aaron E. Albert    on behalf of Creditor   Olympia Lighting, Inc. aalbert@fpt-law.com
          Charles M. Forman    on behalf of Attorney   Forman Holt cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Erin  Kennedy   on behalf of Attorney   Forman Holt ekennedy@formanlaw.com,  jkisla@formanlaw.com
          Erin  Kennedy   on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com,
           jkisla@formanlaw.com
          Lynn Therese Nolan    on behalf of Creditor   Toyota Lease Trust ecfnotices@grosspolowy.com,
           lnolan@grosspolowy.com
          Teresa G Sadutto-Carley    on behalf of Creditor   Signature Bank tsadutto@platzerlaw.com
          Yelena  Kalika    on behalf of Plaintiff David  McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Debtor David  McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com
          Yelena  Kalika    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com
                                                                        TOTAL: 15