Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−24699−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David McCarthy
84 Valley View Avenue
Ridgewood, NJ 07450

Edith Alice McCarthy
84 Valley View Avenue
Ridgewood, NJ 07450

Social Security No.:
  xxx−xx−3069

  xxx−xx−8441

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       3/1/22
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Forman Holt

COMMISSION OR FEES
$4,890.00

EXPENSES
$26.07

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 2, 2022
JAN:

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-24699-SLM |
| David McCarthy | Chapter 7 |
| Edith Alice McCarthy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 02, 2022 | Form ID: 137 | Total Noticed: 90 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++  Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David McCarthy, Edith Alice McCarthy, 84 Valley View Avenue, Ridgewood, NJ 07450-2445 |
| aty | + | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | + | Forman Holt, 66 Route 17 North, First Floor, Paramus, NJ 07652-2742 |
| aty | + | Forman Holt Eliades & Youngman LLC, 80 Route 4 East, Suite 290, Paramus, NJ 07652-2661 |
| aty | + | LeClairRyan, a Professional Corporation, 1037 Raymond Boulevard, Sixteenth Floor,, Newark, NJ 07102-5423 |
| cr | + | Judith Shalvi, Olympia Lighting, Inc., 50 Delford Avenue, Bergenfield, NJ 07621-2722 |
| cr | + | Ram Shalvi, Olympia Lighting, Inc., 50 Delford Avenue, Bergenfield, NJ 07621-2722 |
| cr | + | Signature Bank, c/o Teresa Sadutto-Carley, Esq., Platzer, Swergold, et al., 475 Park Avenue South, 18th Fl., New York, NY 10016-6901 |
| acc | + | WithumSmith & Brown, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070 |
| 515662508 | + | Absolute Credit, LLC, 175 Exchange St., Bangor, ME 04401-6537 |
| 515662509 | + | Advanced Psychiatric Associates, LLC, 211 Essex St., Ste. 204, Hackensack, NJ 07601-3245 |
| 515662510 | + | Affiliated Dermatology & Plastic Surgery, 50 Market Street, Saddle Brook, NJ 07663-4843 |
| 515662513 | + | Amulex Corporation, 160-31 10th Avenue, Whitestone, NY 11357-1901 |
| 515662514 | + | Atlantic Medical Group, P.O. Box 416457, Boston, MA 02241-6457 |
| 515662517 | + | BWNRD Investments, LLC, 1679 S. Dupont Hwy Ste 100, Attn: Allstate Corporate Services Corp., Dover, DE 19901-5164 |
| 515662515 | + | Besse Medical, c/o United Fidelity, 3699 NE Renar Ave., Jensen Beach, FL 34957-4143 |
| 515876836 | | Besse Medical, c/o United Fidelity Inc., 1820 NE Jensen Beach Blvd. #63, Jensen Beach, FL 34957-7212 |
| 515662516 | | Bowne Road, Inc., 1201 Orange St. Ste 600, One Commerce Center, Attn: Agents and Corporations, Inc., Wilmington, DE 19801 |
| 515662518 | + | Citibank, 28 East Ridgewood Ave., Ridgewood, NJ 07450-3808 |
| 515662519 | | Collections and Civil Enforcement, Offer in Compromise Programs, P.O. Box 5100, Albany, NY 12205-0100 |
| 515662520 | + | Convent of the Sacred Heart School, 1 East 91st Street, New York, NY 10128-0689 |
| 515662521 | + | DAL, Inc., P.O. Box 162, Clifton Heights, PA 19018-0162 |
| 515662522 | | Dr. Matthew Milestone, 27 Madison Ave., Paramus, NJ 07652-2722 |
| 515662523 | + | Dr. Reyhan Berkel, 1300 Main Ave., #2A, Clifton, NJ 07011-2266 |
| 515662524 | | Drinker Biddle & Reath LLP, One Logan Square, Ste 2000, Philadelphia, PA 19103-6996 |
| 515662525 | | East Side Park Avenue Corp., c/o Wilder,, 20 East 9th Street, #25F, New York, NY 10003-5944 |
| 515662526 | + | FedEx, 3875 Airways,, Module H3 Department 4634, Memphis, TN 38116-5070 |
| 515662527 | + | Feinstein & Partners, PLLC, 1500 Broadway, 19th floor, New York, NY 10036-4015 |
| 515662529 | + | Fischer Porter & Thomas, P.C., 560 Sylvan Avenue, Suite 3061, Englewood Cliffs, NJ 07632-3168 |
| 515662530 | + | Fortune Financial, LLC, 444 Madison Ave., Suite 601, New York, NY 10022-6903 |
| 515662532 | ++++ | HACKENSACK RADIOLOGY GROUP, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Hackensack Radiology Group, P.O. Box 6750, Portsmouth, NH 03802-6750 |
| 515662531 | | Hackensack Medical Group, P.O. Box 95000-4535, Philadelphia, PA 19195-4535 |
| 515662533 | | Hackensack University Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 515662534 | | Hackensack University Medical Center, at Pascack Valley, P.O. Box 416899, Boston, MA 02241-6899 |
| 515662535 | | Henry Schein, P.O. Box 371952, Pittsburgh, PA 15250-7952 |
| 515662536 | + | High Focus Centers, 299 Market St., STE 130, Saddle Brook, NJ 07663-5321 |
| 515662537 | + | Ingram & Associates, 1009 Windcross Court, Franklin, TN 37067-2678 |
| 516074804 | + | Ingram & Associates, 1009 Windcross Ct., Franklin, TN 37067-2678 |
| 515662539 | + | Judith Shalvi, 86 Venus Drive, Closter, NJ 07624-2316 |
| 515662540 | | Labcorp Corporation of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |

| | | |
|---|---|---|
| 515662541 | | Laboratory Corporations of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 515662542 | + | Lewis S. Fischbein, P.C., c/o United Realty Trust Incorporated, 60 Broad Street, Suite 3400, New York, NY 10004-2344 |
| 516058009 | + | Mary Joan Wilder, c/o Mound Cotton Wollan, & Greengrass, LLP, One New York Plaza - 44th Floor, New York, NY 10004-1960 |
| 515662544 | + | Merck Sharp & Dohme Corp., 305 Fellowship Rd., #100, Mount Laurel, NJ 08054-1232 |
| 515662545 | + | Meyers, Saxon & Cole, 3620 Quentin Road, Brooklyn, NY 11234-4238 |
| 515662546 | | Michael Harrison, 3155 State Rt. 10, Ste. 214, Denville, NJ 07834-3430 |
| 515876837 | | Mound Cotton Wollan & Greengrass, 1 New York Plaza, Suite 4510, New York, NY 10004-1960 |
| 515662547 | + | Mound Cotton Wollan & Greengrass, One Battery Park Plaza, New York, NY 10004-1405 |
| 515662551 | | NYS Dept of Taxation, State Processing Center, P.O. Box 15555, Albany, NY 12212-5555 |
| 515662552 | | NYSAR Levy Receivables, P.O. Box 4137, Binghamton, NY 13902-4137 |
| 515662548 | | New York State Unemployment Insurance, P.O. Box 4301, Binghamton, NY 13902-4301 |
| 515662550 | + | Northern Valley ENT, 354 Old Hook Road, Suite 204, Westwood, NJ 07675-3248 |
| 515662553 | + | Olympia Lighting, Inc., 50 Delford Avenue, Bergenfield, NJ 07621-2722 |
| 515662554 | + | Oradell Animal Hospital, Inc., 580 Winters Avenue, Paramus, NJ 07652-3902 |
| 515662556 | + | Physician Sales & Service Inc. PSS, 4190 Belford Rd, 3rd floor, Credit Dept., McKesson Medical, Jacksonville, FL 32216-1407 |
| 515662557 | + | Pioneer Credit Recovery, NJ Division of Taxation, P.O. Box 1018, Attn: Eileen Rodriguez, Moorestown, NJ 08057-0018 |
| 515662558 | + | Platzer, Swergold, Levine, Goldberg, Kat, 475 Park Avenue South, 18th Floor, 18th floor, New York, NY 10016-6901 |
| 515662559 | + | Platzer,Swergold, Levine, Goldberg,Katz&, 475 Park Avenue South, 18th floor, New York, NY 10016-6901 |
| 515662560 | + | Ram Shalvi, 86 Venus Drive, Closter, NJ 07624-2316 |
| 515662561 | + | Richard A. Backer, CPA, 110 West 40th Street, Ste. 201, New York, NY 10018-8581 |
| 515662562 | + | Ruta, Soulios & Stratis LLP, 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| 515662563 | + | Sanofi Pasteur Inc., 1 Discovery Dr., Attn: Bldg 60, Swiftwater, PA 18370-9100 |
| 515662564 | + | School 11940 Academy of Our Lady, 180 Rodney St., Glen Rock, NJ 07452-2826 |
| 515662565 | + | Segal, Cohen & Landis, LLP, 9100 Wilshire Blvd., STE 601, E. Tower, Beverly Hills, CA 90212-3493 |
| 515662566 | + | Signature Bank, 261 Madison Avenue, New York, NY 10016-2303 |
| 515662567 | | Signature Visa Business Rewards Card, P.O. Box 709408, 790408, St. Louis, MO 63179-0408 |
| 515662568 | | Smart Tuition, P.O. Box 11731, Newark, NJ 07101-4731 |
| 516319614 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 515662569 | | State of New Jersey, New Jersey Gross Income Tax, P.O. Box 046, Trenton, NJ 08646-0046 |
| 515662570 | | Summit Collection Services, Inc., P.O. Box 306, Ho Ho Kus, NJ 07423-0306 |
| 515662571 | | Synter Resource Group, LLC, P.O. Box 63247, North Charleston, SC 29419-3247 |
| 515662573 | | TD Bank Recovery, P.O. Box 9547, Portland, ME 04112-9547 |
| 515662575 | + | Two Four Four LLC, P.O. Box 531, Lynbrook, NY 11563-0531 |
| 515662577 | | Weill Cornell Medical College, GPO Box 28375, New York, NY 10087-8375 |
| 515662578 | | Weill Cornell Medical College, 1165 York Avenue, New York, NY 10065-7917 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2022 22:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2022 22:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516170393 | | Email/PDF: bncnotices@becket-lee.com | Feb 02 2022 22:17:36 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515662511 | | Email/PDF: bncnotices@becket-lee.com | Feb 02 2022 22:17:33 | American Express, P.O. Box 360001, Fort Lauderdale, FL 33336-0001 |
| 515662512 | | Email/Text: bkrpt@retrievalmasters.com | Feb 02 2022 22:12:00 | American Medical Collection Agency, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 516087168 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2022 22:17:34 | Ashley Funding Services, LLC, c/o Resurgent capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 515696887 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2022 22:17:35 | Citibank Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 516049245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2022 22:12:00 | Comenity Capital Bank, C O WEINSTEIN & |

Case 15-24699-SLM    Doc 99    Filed 02/04/22    Entered 02/05/22 00:12:51    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 137 | Total Noticed: 90 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515662528 | + | Email/Text: crdept@na.firstsource.com | Feb 02 2022 22:12:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 515662538 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2022 22:12:00 | Internal Revenue Service, Department of the Treasury, Cincinnati, OH 45999-0030 |
| 515662543 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 02 2022 22:12:00 | Lexus Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 515662555 | | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2022 22:17:39 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 515662572 | | Email/Text: bankruptcy@td.com | Feb 02 2022 22:12:00 | TD Bank, 32 Chestnut St., Lewiston, ME 04240 |
| 515662574 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 02 2022 22:12:00 | Toyota Motor Credit Corp. (TMCC), Toyota Lease Trust, P.O. Box 105386, Atlanta, GA 30348-5386 |
| 515662576 | + | Email/Text: txulec09@vistraenergy.com | Feb 02 2022 22:12:00 | Viridian Energy, 1055 Washington Blvd. 7th floor, Stamford, CT 06901-2252 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Olympia Lighting, Inc., 50 Delford Avenue, Bergenfield, NJ 07621-2722 |
| 515662549 | ##+ | NJ Independent Internal Medicine PC, 1300 Main St. Suite 2A,, Clifton, NJ 07011-2266 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2022           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. Albert | on behalf of Creditor Judith Shalvi aalbert@fpt-law.com |
| Aaron E. Albert | on behalf of Creditor Ram Shalvi aalbert@fpt-law.com |
| Aaron E. Albert | on behalf of Creditor Olympia Lighting  Inc. aalbert@fpt-law.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |

District/off: 0312-2     User: admin     Page 4 of 4

Date Rcvd: Feb 02, 2022     Form ID: 137     Total Noticed: 90

Charles M. Forman
    on behalf of Attorney Forman Holt cforman@formanlaw.com
    lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
    cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Erin Kennedy
    on behalf of Attorney Forman Holt ekennedy@formanlaw.com jkisla@formanlaw.com

Erin Kennedy
    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com jkisla@formanlaw.com

Lynn Therese Nolan
    on behalf of Creditor Toyota Lease Trust ecfnotices@grosspolowy.com lnolan@grosspolowy.com

Teresa G Sadutto-Carley
    on behalf of Creditor Signature Bank tsadutto@platzerlaw.com

Yelena Kalika
    on behalf of Plaintiff David McCarthy kalikalaw@gmail.com

Yelena Kalika
    on behalf of Debtor David McCarthy kalikalaw@gmail.com

Yelena Kalika
    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com

Yelena Kalika
    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com

TOTAL: 15