| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone : (201) 845-1000<br>Facsimile :  (201) 655-6650<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee | **Order Filed on March 1, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>DAVID AND EDITH ALICE McCARTHY,<br><br>              Debtors. | Chapter 7<br><br>Case No.: 15-24699 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel<br><br>Hearing Date:  March 1, 2022<br>                    At 2:30 p.m. |

### ORDER GRANTING SUPPLEMENTAL FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT AS <u>ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 1, 2022**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0163291 - 1

(Page 2)

| | |
|---|---|
| Debtor: | David and Edith Alice McCarthy |
| Case No: | 15-24699 (SLM) |
| Caption of Order: | Order Granting Supplemental Final Compensation and Reimbursement of Expenses to Forman Holt, as Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the court upon the application of Forman Holt for supplemental final compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

Forman Holt be and hereby is awarded compensation for services rendered in the amount of $ 4,890.00 and reimbursement of expenses in the amount of $ 26.07.

F0163291 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-24699-SLM |
| David McCarthy | Chapter 7 |
| Edith Alice McCarthy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David McCarthy, Edith Alice McCarthy, 84 Valley View Avenue, Ridgewood, NJ 07450-2445 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022          Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. Albert | on behalf of Creditor Judith Shalvi aalbert@fpt-law.com |
| Aaron E. Albert | on behalf of Creditor Ram Shalvi aalbert@fpt-law.com |
| Aaron E. Albert | on behalf of Creditor Olympia Lighting  Inc. aalbert@fpt-law.com |
| Charles M. Forman | on behalf of Attorney Forman Holt cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Mar 01, 2022     Form ID: pdf903     Total Noticed: 1

Charles M. Forman
   on behalf of Trustee Charles M. Forman cforman@formanlaw.com
   lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon
   on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Erin Kennedy
   on behalf of Attorney Forman Holt ekennedy@formanlaw.com jkisla@formanlaw.com

Erin Kennedy
   on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com jkisla@formanlaw.com

Lynn Therese Nolan
   on behalf of Creditor Toyota Lease Trust ecfnotices@grosspolowy.com lnolan@grosspolowy.com

Teresa G Sadutto-Carley
   on behalf of Creditor Signature Bank tsadutto@platzerlaw.com

Yelena Kalika
   on behalf of Plaintiff David McCarthy kalikalaw@gmail.com

Yelena Kalika
   on behalf of Debtor David McCarthy kalikalaw@gmail.com

Yelena Kalika
   on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com

Yelena Kalika
   on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com

TOTAL: 15