Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−24699−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David McCarthy                         Edith Alice McCarthy
84 Valley View Avenue                  84 Valley View Avenue
Ridgewood, NJ 07450                    Ridgewood, NJ 07450

Social Security No.:
    xxx−xx−3069                                    xxx−xx−8441

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Stacey L. Meisel on:

DATE:                   October 18, 2022
TIME:                   02:30 PM
LOCATION:               Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:              $ 150,000.00
TOTAL DISBURSEMENTS:         $ 101,238.03
BALANCE ON HAND:             $ 48,761.97

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Trustee, Charles M. Forman

COMMISSION OR FEES
$ 6,937.50

EXPENSES
$ −0−

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: September 9, 2022
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 15-24699-SLM

David McCarthy                                                                   Chapter 7

Edith Alice McCarthy

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                        Page 1 of 4

Date Rcvd: Sep 09, 2022                  Form ID: 192                                 Total Noticed: 91

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David McCarthy, Edith Alice McCarthy, 84 Valley View Avenue, Ridgewood, NJ 07450-2445 |
| aty | + | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | + | Forman Holt, 66 Route 17 North, First Floor, Paramus, NJ 07652-2742 |
| aty | + | Forman Holt Eliades & Youngman LLC, 80 Route 4 East, Suite 290, Paramus, NJ 07652-2661 |
| aty | + | LeClairRyan, a Professional Corporation, 1037 Raymond Boulevard, Sixteenth Floor,, Newark, NJ 07102-5423 |
| cr | + | Judith Shalvi, Olympia Lighting, Inc., 50 Delford Avenue, Bergenfield, NJ 07621-2722 |
| cr | + | Ram Shalvi, Olympia Lighting, Inc., 50 Delford Avenue, Bergenfield, NJ 07621-2722 |
| cr | + | Signature Bank, c/o Teresa Sadutto-Carley, Esq., Platzer, Swergold, et al., 475 Park Avenue South, 18th Fl., New York, NY 10016-6901 |
| acc | + | WithumSmith & Brown, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070 |
| 519535738 | + | Able Equipment Rental, Robert Saxon, Esq, c/o Meyers Saxon & Cole, 3620 Quentin Road, Brooklyn, NY 11234-4204 |
| 515662508 | + | Absolute Credit, LLC, 175 Exchange St., Bangor, ME 04401-6537 |
| 515662509 | + | Advanced Psychiatric Associates, LLC, 211 Essex St., Ste. 204, Hackensack, NJ 07601-3245 |
| 515662510 | + | Affiliated Dermatology & Plastic Surgery, 50 Market Street, Saddle Brook, NJ 07663-4843 |
| 515662513 | + | Amulex Corporation, 160-31 10th Avenue, Whitestone, NY 11357-1901 |
| 515662514 | + | Atlantic Medical Group, P.O. Box 416457, Boston, MA 02241-6457 |
| 515662517 | + | BWNRD Investments, LLC, 1679 S. Dupont Hwy Ste 100, Attn: Allstate Corporate Services Corp., Dover, DE 19901-5164 |
| 515662515 | + | Besse Medical, c/o United Fidelity, 3699 NE Renar Ave., Jensen Beach, FL 34957-4143 |
| 515878636 | | Besse Medical, c/o United Fidelity Inc., 1820 NE Jensen Beach Blvd. #63, Jensen Beach, FL 34957-7212 |
| 515662516 | | Bowne Road, Inc., 1201 Orange St. Ste 600, One Commerce Center, Attn: Agents and Corporations, Inc., Wilmington, DE 19801 |
| 515662518 | + | Citibank, 28 East Ridgewood Ave., Ridgewood, NJ 07450-3808 |
| 515662519 | | Collections and Civil Enforcement, Offer in Compromise Programs, P.O. Box 5100, Albany, NY 12205-0100 |
| 515662520 | + | Convent of the Sacred Heart School, 1 East 91st Street, New York, NY 10128-0689 |
| 515662521 | + | DAL, Inc., P.O. Box 162, Clifton Heights, PA 19018-0162 |
| 515662522 | | Dr. Matthew Milestone, 27 Madison Ave., Paramus, NJ 07652-2722 |
| 515662523 | + | Dr. Reyhan Berkel, 1300 Main Ave., #2A, Clifton, NJ 07011-2266 |
| 515662524 | | Drinker Biddle & Reath LLP, One Logan Square, Ste 2000, Philadelphia, PA 19103-6996 |
| 515662525 | | East Side Park Avenue Corp., c/o Wilder,, 20 East 9th Street, #25F, New York, NY 10003-5944 |
| 515662526 | + | FedEx, 3875 Airways,, Module H3 Department 4634, Memphis, TN 38116-5070 |
| 515662527 | + | Feinstein & Partners, PLLC, 1500 Broadway, 19th floor, New York, NY 10036-4015 |
| 515662529 | + | Fischer Porter & Thomas, P.C., 560 Sylvan Avenue, Suite 3061, Englewood Cliffs, NJ 07632-3168 |
| 515662530 | + | Fortune Financial, LLC, 444 Madison Ave., Suite 601, New York, NY 10022-6903 |
| 515662532 | ++++ | HACKENSACK RADIOLOGY GROUP, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Hackensack Radiology Group, P.O. Box 6750, Portsmouth, NH 03802-6750 |
| 515662531 | | Hackensack Medical Group, P.O. Box 95000-4535, Philadelphia, PA 19195-4535 |
| 515662533 | | Hackensack University Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 515662534 | | Hackensack University Medical Center, at Pascack Valley, P.O. Box 416899, Boston, MA 02241-6899 |
| 515662535 | | Henry Schein, P.O. Box 371952, Pittsburgh, PA 15250-7952 |
| 515662536 | + | High Focus Centers, 299 Market St., STE 130, Saddle Brook, NJ 07663-5321 |
| 515662537 | + | Ingram & Associates, 1009 Windcross Court, Franklin, TN 37067-2678 |
| 516074804 | + | Ingram & Associates, 1009 Windcross Ct., Franklin, TN 37067-2678 |
| 515662539 | + | Judith Shalvi, 86 Venus Drive, Closter, NJ 07624-2316 |

| | | |
|---|---|---|
| 515662540 | | Labcorp Corporation of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 515662542 | + | Lewis S. Fischbein, P.C., c/o United Realty Trust Incorporated, 60 Broad Street, Suite 3400, New York, NY 10004-2344 |
| 516058009 | + | Mary Joan Wilder, c/o Mound Cotton Wollan, & Greengrass, LLP, One New York Plaza - 44th Floor, New York, NY 10004-1960 |
| 515662544 | + | Merck Sharp & Dohme Corp., 305 Fellowship Rd., #100, Mount Laurel, NJ 08054-1232 |
| 515662545 | + | Meyers, Saxon & Cole, 3620 Quentin Road, Brooklyn, NY 11234-4238 |
| 515662546 | | Michael Harrison, 3155 State Rt. 10, Ste. 214, Denville, NJ 07834-3430 |
| 515876837 | | Mound Cotton Wollan & Greengrass, 1 New York Plaza, Suite 4510, New York, NY 10004-1960 |
| 515662547 | + | Mound Cotton Wollan & Greengrass, One Battery Park Plaza, New York, NY 10004-1405 |
| 515662551 | | NYS Dept of Taxation, State Processing Center, P.O. Box 15555, Albany, NY 12212-5555 |
| 515662552 | | NYSAR Levy Receivables, P.O. Box 4137, Binghamton, NY 13902-4137 |
| 515662558 | | New York State Unemployment Insurance, P.O. Box 4301, Binghamton, NY 13902-4301 |
| 515662550 | + | Northern Valley ENT, 354 Old Hook Road, Suite 204, Westwood, NJ 07675-3248 |
| 515662553 | + | Olympia Lighting, Inc., 50 Delford Avenue, Bergenfield, NJ 07621-2722 |
| 515662554 | + | Oradell Animal Hospital, Inc., 580 Winters Avenue, Paramus, NJ 07652-3902 |
| 515662556 | + | Physician Sales & Service Inc. PSS, 4190 Belford Rd, 3rd floor, Credit Dept., McKesson Medical, Jacksonville, FL 32216-1407 |
| 515662557 | + | Pioneer Credit Recovery, NJ Division of Taxation, P.O. Box 1018, Attn: Eileen Rodriguez, Moorestown, NJ 08057-0018 |
| 515662558 | + | Platzer, Swergold, Levine, Goldberg, Kat, 475 Park Avenue South, 18th Floor, 18th floor, New York, NY 10016-6901 |
| 515662559 | + | Platzer,Swergold, Levine, Goldberg,Katz&, 475 Park Avenue South, 18th floor, New York, NY 10016-6901 |
| 515662560 | + | Ram Shalvi, 86 Venus Drive, Closter, NJ 07624-2316 |
| 515662561 | + | Richard A. Backer, CPA, 110 West 40th Street, Ste. 201, New York, NY 10018-8581 |
| 515662562 | + | Ruta, Soulios & Stratis LLP, 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| 515662563 | + | Sanofi Pasteur Inc., 1 Discovery Dr., Attn: Bldg 60, Swiftwater, PA 18370-9100 |
| 515662564 | + | School 11940 Academy of Our Lady, 180 Rodney St., Glen Rock, NJ 07452-2826 |
| 515662565 | + | Segal, Cohen & Landis, LLP, 9100 Wilshire Blvd., STE 601, E. Tower, Beverly Hills, CA 90212-3493 |
| 515662566 | + | Signature Bank, 261 Madison Avenue, New York, NY 10016-2303 |
| 515662567 | | Signature Visa Business Rewards Card, P.O. Box 709408, 790408, St. Louis, MO 63179-0408 |
| 515662568 | | Smart Tuition, P.O. Box 11731, Newark, NJ 07101-4731 |
| 516319614 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 515662569 | | State of New Jersey, New Jersey Gross Income Tax, P.O. Box 046, Trenton, NJ 08646-0046 |
| 515662570 | | Summit Collection Services, Inc., P.O. Box 306, Ho Ho Kus, NJ 07423-0306 |
| 515662571 | | Synter Resource Group, LLC, P.O. Box 63247, North Charleston, SC 29419-3247 |
| 515662573 | | TD Bank Recovery, P.O. Box 9547, Portland, ME 04112-9547 |
| 515662575 | + | Two Four Four LLC, P.O. Box 531, Lynbrook, NY 11563-0531 |
| 515662577 | | Weill Cornell Medical College, GPO Box 28375, New York, NY 10087-8375 |
| 515662578 | | Weill Cornell Medical College, 1165 York Avenue, New York, NY 10065-7917 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516170393 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 20:29:25 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515662511 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 20:29:13 | American Express, P.O. Box 360001, Fort Lauderdale, FL 33336-0001 |
| 515662512 | | Email/Text: bkrpt@retrievalmasters.com | Sep 09 2022 20:26:00 | American Medical Collection Agency, P.O. Box 1235, Elmsford, NY 10523-0935 |
| 516087168 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 20:29:14 | Ashley Funding Services, LLC, c/o Resurgent capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 515696887 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2022 20:29:15 | Citibank Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 516049245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2022 20:26:00 | Comenity Capital Bank, C O WEINSTEIN & |

District/off: 0312-2                                    User: admin                                    Page 3 of 4
Date Rcvd: Sep 09, 2022                                Form ID: 192                                    Total Noticed: 91

|  |  |  |  | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
|---|---|---|---|---|
| 515662528 | + | Email/Text: crdept@na.firstsource.com |  |  |
|  |  |  | Sep 09 2022 20:26:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 515662538 |  | Email/Text: sbse.cio.bnc.mail@irs.gov |  |  |
|  |  |  | Sep 09 2022 20:26:00 | Internal Revenue Service, Department of the Treasury, Cincinnati, OH 45999-0030 |
| 515662541 |  | Email/Text: govtaudits@labcorp.com |  |  |
|  |  |  | Sep 09 2022 20:26:00 | Laboratory Corporations of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 515662543 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com |  |  |
|  |  |  | Sep 09 2022 20:26:00 | Lexus Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 515662555 |  | Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  |  | Sep 09 2022 20:29:27 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 515662572 |  | Email/Text: bankruptcy@td.com |  |  |
|  |  |  | Sep 09 2022 20:26:00 | TD Bank, 32 Chestnut St., Lewiston, ME 04240 |
| 515662574 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com |  |  |
|  |  |  | Sep 09 2022 20:26:00 | Toyota Motor Credit Corp. (TMCC), Toyota Lease Trust, P.O. Box 105386, Atlanta, GA 30348-5386 |
| 515662576 | + | Email/Text: txulec09@vistraenergy.com |  |  |
|  |  |  | Sep 09 2022 20:26:00 | Viridian Energy, 1055 Washington Blvd. 7th floor, Stamford, CT 06901-2252 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | *+ | Olympia Lighting, Inc., 50 Delford Avenue, Bergenfield, NJ 07621-2722 |
| 515662549 | ##+ | NJ Independent Internal Medicine PC, 1300 Main St. Suite 2A,, Clifton, NJ 07011-2266 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. Albert |  |
|  | on behalf of Creditor Judith Shalvi aalbert@fpt-law.com |
| Aaron E. Albert |  |
|  | on behalf of Creditor Ram Shalvi aalbert@fpt-law.com |
| Aaron E. Albert |  |
|  | on behalf of Creditor Olympia Lighting  Inc. aalbert@fpt-law.com |
| Charles M. Forman |  |

|                          | on behalf of Trustee Charles M. Forman cforman@formanlaw.com<br>lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
|--------------------------|---|
| Charles M. Forman        | |
|                          | on behalf of Attorney Forman Holt cforman@formanlaw.com<br>lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman        | |
|                          | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon         | |
|                          | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Erin Kennedy             | |
|                          | on behalf of Attorney Forman Holt ekennedy@formanlaw.com  jkisla@formanlaw.com |
| Erin Kennedy             | |
|                          | on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com  jkisla@formanlaw.com |
| Lynn Therese Nolan       | |
|                          | on behalf of Creditor Toyota Lease Trust ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |
| Teresa G Sadutto-Carley  | |
|                          | on behalf of Creditor Signature Bank tsadutto@platzerlaw.com |
| Yelena Kalika            | |
|                          | on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com |
| Yelena Kalika            | |
|                          | on behalf of Plaintiff David McCarthy kalikalaw@gmail.com |
| Yelena Kalika            | |
|                          | on behalf of Debtor David McCarthy kalikalaw@gmail.com |
| Yelena Kalika            | |
|                          | on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com |

TOTAL: 15