**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In Re: | | Order Filed on October 18, 2022 by Clerk, |
| DAVID MCCARTHY | CHAPTER 7 | U.S. Bankruptcy Court |
| EDITH ALICE MCCARTHY | CASE NO. 15-24699 - SLM | District of New Jersey |
| Debtor(s) | | |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED,**

**AND NOW**, this __18__ day of __October__, 2022, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $__6,937.50__ is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $__0.00__ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

**DATED: October 18, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge