**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

In Re:

DAVID MCCARTHY
EDITH ALICE MCCARTHY

CHAPTER 7
CASE NO. 15-24699 - SLM

Order Filed on October 18, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

The relief set forth is hereby **ORDERED,**

**AND NOW**, this __18__ day of __October__, 2022, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $ __6,937.50__ is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $ __0.00__ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

**DATED: October 18, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-24699-SLM |
| David McCarthy | Chapter 7 |
| Edith Alice McCarthy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David McCarthy, Edith Alice McCarthy, 84 Valley View Avenue, Ridgewood, NJ 07450-2445 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. Albert | on behalf of Creditor Judith Shalvi aalbert@fpt-law.com |
| Aaron E. Albert | on behalf of Creditor Ram Shalvi aalbert@fpt-law.com |
| Aaron E. Albert | on behalf of Creditor Olympia Lighting Inc. aalbert@fpt-law.com |
| Charles M. Forman | on behalf of Attorney Forman Holt cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Charles M. Forman
    on behalf of Trustee Charles M. Forman cforman@formanlaw.com
    lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Erin Kennedy
    on behalf of Attorney Forman Holt ekennedy@formanlaw.com jkisla@formanlaw.com

Erin Kennedy
    on behalf of Trustee Charles M. Forman ekennedy@formanlaw.com jkisla@formanlaw.com

Lynn Therese Nolan
    on behalf of Creditor Toyota Lease Trust ecfnotices@grosspolowy.com lnolan@grosspolowy.com

Teresa G Sadutto-Carley
    on behalf of Creditor Signature Bank tsadutto@platzerlaw.com

Yelena Kalika
    on behalf of Plaintiff David McCarthy kalikalaw@gmail.com

Yelena Kalika
    on behalf of Debtor David McCarthy kalikalaw@gmail.com

Yelena Kalika
    on behalf of Plaintiff Edith Alice McCarthy kalikalaw@gmail.com

Yelena Kalika
    on behalf of Joint Debtor Edith Alice McCarthy kalikalaw@gmail.com

TOTAL: 15